**No. 52073.**—Max Mayer & Co. *v.* United States, protests 666541–G, etc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and following *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) the cotton gloves were held dutiable at 50 percent under paragraph 915 as "made of fabric knit on other than a warp-knitting machine," and the knit cotton fabric was held dutiable at 35 percent under paragraph 914 as "made on other than a warp-knitting machine," plus 10 cents per pound additional duty under paragraph 924 in both instances.

**No. 52074.**—Wm. Liddell & Co., Inc., et al. *v.* United States, protests 33321–K, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 11, 1947

**No. 52075.**—Oxford University Press, N. Y., Inc. *v.* United States, protests 57269–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.